1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI PEPPER,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL DEALER SERVICES, LLC, et al.,<br><br>      Defendants. | Case No. 20cv2171-MMA-LL<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>[Doc. No. 6] |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion for an extension of time for Defendant Palmer Administrative Services, Inc. ("Palmer") to respond to Plaintiff's Complaint and to extend the time for Plaintiff to effectuate service of the Complaint and Summons on Defendants National Dealer Services, LLC ("National Dealer") and Legion Auto Protection Service ("Legion"). Accordingly, Palmer must file a response to Plaintiff's Complaint on or before **April 6, 2021**; Plaintiff must effectuate service on National Dealer and Legion on or before **April 6, 2021**.

    **IT IS SO ORDERED**.

DATE: February 4, 2021

HON. MICHAEL M. ANELLO
United States District Judge