Seth M. Lehrman (SBN 178303)
seth@epllc.com
**EDWARDS POTTTINEGR LLC**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone: (954) 524-2820
Facsimile: (954) 524-2822

Joshua H. Eggnatz (P*ro Hac Vice forthcoming*)
JEggnatz@JusticeEarned.com
**EGGNATZ | PASCUCCI**
7450 Griffin Road., Suite 230
Davie, FL 33314
Telephone: 954-889-3359
Facsimile: 954-889-5913

Jordan Richards (*Pro Hac Vice forthcoming*)
Jordan@jordanrichardspllc.com
**JORDAN RICHARDS, PLLC**
805 E. Broward Blvd. Suite 301
Fort Lauderdale, Florida 33301
Telephone: 954-871-0050

*Attorneys for Plaintiff*
*Terri Pepper*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| TERRI PEPPER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL DEALER SERVICES, LLC A/K/A NATIONAL DEALER PROTECTION, LEGION AUTO PROTECTION SERVICE, and PALMER ADMINISTRATIVE SERVICES, INC.,<br><br>    Defendants. | Case No. 3:20-CV-02171-MMA-LL<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: The Honorable Michael M. Anello |

PLEASE TAKE NOTICE that Plaintiff, Terri Pepper through counsel hereby informs the Court that the parties have reached a settlement of Plaintiff's individual claims in this matter. The parties are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

DATED: April 6, 2021          EDWARDS POTTINGER LLC.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman
Attorney for Plaintiff
*Terri Pepper*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of April, 2021, a copy of the foregoing was served by CM/ECF to all attorneys of record.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman