| | |
|---|---|
| 1 | Seth M. Lehrman (SBN 178303) |
| | seth@epllc.com |
| 2 | **EDWARDS POTTTINEGR LLC** |
| | 425 North Andrews Avenue, Suite 2 |
| 3 | Fort Lauderdale, Florida 33301 |
| | Telephone: (954) 524-2820 |
| 4 | Facsimile: (954) 524-2822 |
| 5 | Joshua H. Eggnatz (P*ro Hac Vice forthcoming*) |
| | JEggnatz@JusticeEarned.com |
| 6 | **EGGNATZ | PASCUCCI** |
| | 7450 Griffin Road., Suite 230 |
| 7 | Davie, FL 33314 |
| | Telephone: 954-889-3359 |
| 8 | Facsimile: 954-889-5913 |
| 9 | Jordan Richards (*Pro Hac Vice forthcoming*) |
| | Jordan@jordanrichardspllc.com |
| 10 | **JORDAN RICHARDS, PLLC** |
| | 805 E. Broward Blvd. Suite 301 |
| 11 | Fort Lauderdale, Florida 33301 |
| | Telephone: 954-871-0050 |
| 12 | |
| 13 | *Attorneys for Plaintiff* |
| | *Terri Pepper* |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| TERRI PEPPER, individually and on behalf of all others similarly situated, | Case No. 3:20-CV-02171-MMA-LL |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | Judge: The Honorable Michael M. Anello |
| NATIONAL DEALER SERVICES, LLC A/K/A NATIONAL DEALER PROTECTION, LEGION AUTO PROTECTION SERVICE, and PALMER ADMINISTRATIVE SERVICES, INC., | |
| Defendants. | |

NOW COMES the Plaintiff, Terri Pepper, individually, by and through her counsel, and pursuant to Fed. R. Civ. P. 41, and hereby files this Notice of Voluntary Dismissal with Prejudice of Plaintiff's individual claims against Defendant, Palmer Administrative Services, Inc., and without prejudice of the putative class claims. Each party shall bear its own respective costs and attorneys' fees.

DATED: May 10, 2021            EDWARDS POTTINGER LLC.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman
Attorney for Plaintiff
*Terri Pepper*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of May, 2021, a copy of the foregoing was served by CM/ECF to all attorneys of record.

By: */s/ Seth M. Lehrman*
Seth M. Lehrman